DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:   TUTER, JON-THOMAS D   )  Case No. 00-04214-W13
         TUTER, REBECCA J      )
                               )
              Debtor(s).       )

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $ 571.71 BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 0002 | WMC MORTGAGE<br>6320 CANOGA AVE 8TH FLOOR<br>PO BOX 54089<br>WOODLAND HILLS CA 91367 | $ 571.71 |

Dated: June 27, 2001

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

**FILED**

JUL - 9 2001

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

ORIGINAL
7-9-01

Receipt 04815171                                   $571.71

43